NUMBER 13-06-459-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


___________________________________________________________________


ERNEST BOYD STACY, Appellant,


v.



JUDITH GIRALDO STACY, Appellee.

___________________________________________________________________


On appeal from the 28th District Court


of Nueces County, Texas.


___________________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Yañez and Rodriguez


Memorandum Opinion Per Curiam


 Appellant, ERNEST BOYD STACY, perfected an appeal from a judgment entered
by the 28th District Court of Nueces County, Texas, in cause number 05-3937-A. 
After the record was filed, appellant filed a motion to dismiss the appeal. In the
motion, appellant states that he no longer wishes to prosecute this appeal. Appellant
requests that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant's
motion to dismiss is granted, and the appeal is hereby DISMISSED.

 PER CURIAM

Memorandum Opinion delivered and 

filed this the 5th day of October, 2006.